## A97A0455. STOUT v. CINCINNATI INSURANCE COMPANY.
(512 SE2d 392)

BLACKBURN, Judge.

In *Stout v. Cincinnati Ins. Co.*, 269 Ga. 611 (502 SE2d 226) (1998), the Supreme Court reversed this Court's opinion in *Stout v. Cincinnati Ins. Co.*, 226 Ga. App. 220 (486 SE2d 195) (1997). Therefore, we vacate our earlier opinion, adopt the opinion of the Supreme Court as our own, and remand the case to the trial court for proceedings not inconsistent with the opinion of the Supreme Court.

*Judgment reversed and case remanded. Johnson, C. J., and Pope, P. J., concur.*

DECIDED FEBRUARY 18, 1999.

*Jolles & Slaby, Isaac S. Jolles, Richard A. Slaby*, for appellant.
*Fulcher, Hagler, Reed, Hanks & Harper, Scott W. Kelly*, for appellee.